IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARIA M. OCASIO,**

      **PLAINTIFF,**

**V.**                                                                                  Case No. 8:16-cv-03350-CEH-AEP

**CAPITAL ONE BANK (USA), N.A.,**

      **DEFENDANT.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff Maria M. Ocasio and Defendant Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted the 9th of August, 2017.

| | |
|---|---|
| s/Robert W. Kerr | s/ Megan P. Stephens |
| Robert W. Kerr | Joshua H. Threadcraft (96153) |
| Kerr Law Group, P.A. | Joshua.Threadcraft@burr.com |
| 101 NE 3rd Ave, STE 1500 | Megan P. Stephens (92557) |
| Ft. Lauderdale, FL 33301 | Megan.Stephens@burr.com |
| Robert@thekerrlawgroup.com | BURR & FORMAN, LLP |
| Attorney for Plaintiff | 420 North 20th Street, Suite 3400 |
| | Birmingham, Alabama 35203 |
| | Telephone:   205-251-3000 |
| | Attorneys for Capital One |

30173437 v1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 9th day of August, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

>Robert W. Kerr
>Kerr Law Group, P.A.
>101 NE 3rd Ave, STE 1500
>Ft. Lauderdale, FL 33301
>Robert@thekerrlawgroup.com

>>*s/ Megan P. Stephens*
>>OF COUNSEL